FILED IN OPEN COURT
OCT 6 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ORIGINAL
SEALED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
Andrew H. Reshefsky

*Defendant*

Case No. 2:23-mj-193
FID: 11601342
MSJ

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Andrew H. Reshefsky,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
See attached affidavit.

Date: 10/03/2023

*Issuing officer's signature*
ROBERT J. KRASK
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state: Norfolk, Virginia

### Return

This warrant was received on *(date)* 10/3/23, and the person was arrested on *(date)* 10/6/23
at *(city and state)* VIRGINIA BEACH, VA.

Date: 10/6/23

*Arresting officer's signature*

Jason Brumbelow / SA
*Printed name and title*