# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 2:23mj193 |
| Andrew H Reshefsky ) | |
| ) | |
| *Defendant* ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Andrew H Reshefsky_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( X )    to appear for court proceedings;
    ( X )    if convicted, to surrender to serve a sentence that the court may impose; or
    ( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(  ) (1)  This is a personal recognizance bond.

(  ) (2)  This is an unsecured bond of $ _____.

( X ) (3)  This is a secured bond of $ __10,000.00__ , secured by:

    (  ) (a) $ _____ , in cash deposited with the court.

    (  ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
        *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (  ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)  all owners of the property securing this appearance bond are included on the bond;
(2)  the property is not subject to claims, except as described above; and
(3)  I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 10/13/2023

_____
*Defendant's signature*

_____       _____
*Surety/property owner – printed name*           *Surety/property owner – signature and date*

_____       _____
*Surety/property owner – printed name*           *Surety/property owner – signature and date*

_____       _____
*Surety/property owner – printed name*           *Surety/property owner – signature and date*

CLERK OF COURT

Date: 10-13-23

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: Oct. 13, 2023

/s/
Robert J. Krask
United States Magistrate Judge
*Judge's signature*

CR. Form No. 17 - Adapted (7/99)
Appearance Bond (With Surety)

IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:23mj193

ANDREW H. RESHEFSKY

We, the undersigned, jointly and severally, acknowledge that we and our personal representatives are bound to pay the United States of America the sum of **TEN THOUSAND AND NO/100 DOLLARS ($10,000.00).**

The conditions of this bond are that the defendant, ANDREW H. RESHEFSKY, is to appear in the United States District Court for the Eastern District of Virginia at AS DIRECTED and at such other times and places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above entitled matter as may be given or issued by the United States District Court for the Eastern District of Virginia or any other United States District Court to which the defendant may be removed or the cause transferred.

That the defendant is not to depart the State of Virginia, or the jurisdiction of any other United States District Court to which the defendant may be removed or the cause transferred after he has appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by the United States District Court for the Eastern District of Virginia or the United States District Court for such other district.

That the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above-entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United Stated District Court against each debtor jointly and severally for the amount stated above, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated.

By entering into this bond, the obligors submit to the jurisdiction of this court and appoint the clerk of the court as their agent upon whom papers affecting their liability may be served. The defendant agrees to notify the court promptly in the event of a change of address.

This bond is signed on the 13th day of October pursuant to order of this court entered October 13, 2023 in the United States District Court, Eastern District of Virginia.

_____
Defendant

_____
Virginia Beach, VA 23455
City, State

_____
Surety

_____
Norfolk VA
City, State

Signed and acknowledged before me this 13th day of October, 2023.

_____
Deputy Clerk

***SEE ORDER SETTING CONDITIONS OF RELEASE***

**VERIFY FIRST - THIS DOCUMENT IS PRINTED IN RED & BLACK INKS.**

| Only the original Power of Attorney will bind this Surety. | **POWER OF ATTORNEY** ALLEGHENY CASUALTY COMPANY P.O. BOX 9810, CALABASAS, CA 91372-9810 (800) 935-2245   INFO@AIASURETY.COM | POWER NUMBER AF50K-1835 |
|---|---|---|

THIS POWER VOID IF NOT USED BY: December 31, 2023   POWER AMOUNT $ 50,000

KNOW ALL MEN BY THESE PRESENTS, that ALLEGHENY CASUALTY COMPANY, a corporation duly organized and existing under the laws of the State of New Jersey, has constituted and appointed, and does hereby constitute and appoint, its true and lawful Attorney-in-Fact, with full power and authority to sign the company's name and affix its corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of said company at its home office in their own proper person; and the said company hereby ratifies and confirms all and whatsoever its said Attorney-in-Fact may lawfully do and perform by virtue of these presents.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF

FIFTY THOUSAND************************************

AND MAY BE EXECUTED FOR FEDERAL BAIL RECOGNIZANCE ONLY.

A separate Power of Attorney must be attached to each bond executed. Powers of Attorney must not be returned to Attorney-in-Fact, but should remain a permanent part of the court records.

Bond Amt $ 10,000     Date Executed 10/13/23
Defendant Andrew ReShefsky     D.O.B. 4/8/82
Case # 2:23mj193     Appearance Date _____
Offense Distribution of Child Pornography
Court County _____     Total Premium Charged _____
Court City Norfolk     Court State VA     Div./Dept. Federal
If rewrite, give orig. power # _____     ☐ Increase   ☐ Decrease
Executing Agent _____
Signature/if applicable, add your COURT assigned Agent #

**NOTICE:** Stacking of Powers is strictly prohibited. No more than one power from this Surety may be used to post any one bail amount.

IN WITNESS WHEREOF, said ALLEGHENY CASUALTY COMPANY, by virtue of authority conferred by its Board of Directors, has caused these presents to be sealed with its corporate corporate seal, signed by its Vice Presidents, this 5th day of November, 2018.

Robert Kersnick, Vice President

James D. Portman, Vice President

[Seal: ALLEGHENY CASUALTY COMPANY - CORPORATE SEAL - 1936 - NEW JERSEY]

FEDERAL BAIL RECOGNIZANCE ONLY

ORIGINAL

FEDERAL USE ONLY

Form# ACC.0102 (01/19)

1203078034

# RECEIPT

DATE: 10-13-23  
No. 194948

RECEIVED FROM: Miha L. Bailey  
436 Clifton St. Norfolk, VA 23523  
$10,000.00 DOLLARS

○ FOR RENT  
○ FOR: Surety Bond for Andrew Reshefsky

| ACCOUNT | |
|---|---|
| PAYMENT | |
| BAL. DUE | |

○ CASH  
○ CHECK  
○ MONEY ORDER  
○ CREDIT CARD

FROM: D. Brandt  TO: Miha Bailey  
BY: 2:23 m;193